IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE DEVITO, et al., | No. C-15-4542 MMC |
| Plaintiffs, | **ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPY OF PLEADINGS** |
| v. | |
| GUIDIVILLE RANCHERIA OF CALIFORNIA, et al., | |
| Defendants. | |

On February 1, 2016, the above-titled action was reassigned to the undersigned. To facilitate the Court's review of the instant matter, the Court hereby DIRECTS the parties who filed the pleadings identified below to submit forthwith a chambers copy thereof:

(1) Complaint, filed October 1, 2015, by plaintiffs;

(2) First Amended Complaint, filed October 22, 2015, by plaintiffs;

(3) Answer and Cross-Claim, filed December 31, 2015, and Notice of Errata, filed December 31, 2015, by defendants Guidiville Rancheria of California and Michael Derry; and

(4) Answer, filed January 5, 2016, by defendant Charles Turner.

**IT IS SO ORDERED.**

Dated: February 19, 2016

MAXINE M. CHESNEY
United States District Judge