IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE DEVITO, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GUIDIVILLE RANCHERIA OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 15-cv-04542-MMC<br><br>**ORDER OF DISMISSAL** |

Plaintiffs having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiffs' claims alleged against the remaining defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: October 27, 2016

MAXINE M. CHESNEY
United States District Judge