IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE DEVITO, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GUIDIVILLE RANCHERIA OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-04542-MMC<br><br>**ORDER VACATING DISMISSAL; SCHEDULING CASE MANAGEMENT CONFERENCE** |

Before the Court is plaintiffs' "Notice of Settlement Breach," filed November 25, 2016, in which plaintiffs state the consideration agreed upon in connection with the parties' settlement of the above-titled action was not paid in full by the specified date.

In light of the above, the conditional dismissal entered by the Court on October 27, 2016, is hereby VACATED, and the parties are hereby DIRECTED to appear before the Court at a Case Management Conference on January 20, 2017, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than January 13, 2017.

**IT IS SO ORDERED.**

Dated:  November 30, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge